UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CATHERINE M. USENZA,

    Plaintiff,

v.                                        Case No.:   2:21-cv-845-SPC-MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendants.
                                     /

## **ORDER**[1]

Before the Court is the Commissioner's Motion for Entry of Judgment with Remand.  (Doc. 18).  The Commissioner believes that remand is appropriate to accomplish the following:

> [F]or further administrative proceedings, including reevaluation of the effect of Plaintiff's impairments on her occupational base.  If warranted, the Commissioner will offer Plaintiff a new hearing.

(Doc. 18).  Citing due process concerns, Plaintiff says that she consents to remand only if the remand order directs the Commissioner to conduct a new hearing.  (Doc. 19).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See also Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan,* 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand will be granted. Plaintiff has not otherwise shown that the procedures afforded her on remand will deprive her the opportunity to be heard.

Accordingly, it is now

**ORDERED:**

1. The Commissioner's Motion for Entry of Judgment with Remand (Doc. 18) is **GRANTED**.

2. The decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. Any application for fees, costs, or expenses must comply with the Court's Standing Order on Management of Social Security Cases, *In re Administrative Orders of the Chief Judge*, Case No. 3:21-mc-1-TJC, Doc. 43 (Dec. 7, 2021).

4. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on June 3, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record